FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 4 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

        v.

1.  Alliance Mechanical, LLC, and
    (Count 1)

2.  Kendall Pope
    (Count 1)

                    Defendants.

CR07- 913 PHX-JAT
(ECV)

**INDICTMENT**

VIO:  15 U.S.C. § 1
      (Bid-Rigging)
      Count 1

THE GRAND JURY CHARGES:

## COUNT 1

### I.

### Description of the Offense

1. The following corporation and individual are hereby indicted and made defendants on the charge stated below:

    A.    ALLIANCE MECHANICAL, LLC;

    B.    KENDALL POPE.

2. Beginning in or around January 2005 and continuing until May 16, 2005, the exact dates being unknown to the Grand Jury, the defendants, James Govostes, and another co-conspirator entered into and engaged in a combination and conspiracy to suppress and eliminate competition by rigging bids on contracts for the installation of commercial refrigeration in the Phoenix, Arizona metropolitan area. The combination and conspiracy

1  engaged in by the defendants and their co-conspirators was in unreasonable restraint of

2  interstate trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

3      3. The charged combination and conspiracy consisted of a continuing agreement,

4  understanding and concert of action among the defendants and their co-conspirators, the

5  substantial terms of which were to submit rigged bids to Safeway Inc. for the installation of

6  commercial refrigeration equipment in grocery stores in the Phoenix, Arizona metropolitan

7  area.

8                                          II.

9                      Means and Methods of the Conspiracy

10     4. For the purpose of forming and carrying out the charged combination and conspiracy,

11  the defendants and their co-conspirators took various actions, including, among other things:

12     a.    discussing among themselves the submission of bids for commercial

13            refrigeration installation projects at Safeway Inc. grocery stores in the Phoenix,

14            Arizona metropolitan area;

15     b.    agreeing to allocate bids for commercial refrigeration installation projects at

16            Safeway Inc. grocery stores among themselves according to which

17            co-conspirator company had a maintenance agreement in place at the particular

18            Safeway Inc. grocery stores for which bids were let;

19     c.    agreeing to raise margins on bids for commercial refrigeration installation

20            projects at Safeway Inc. grocery stores;

21     d.    soliciting other individuals to join and facilitate the conspiracy to rig bids for

22            commercial refrigeration installation projects at Safeway Inc. grocery stores;

23     e.    designating which co-conspirator would submit the low bid for the commercial

24            refrigeration installation project at Safeway Store #2088;

25     f.    submitting a rigged bid for the commercial refrigeration installation project at

26            Safeway Store #2088 to Safeway Inc. as they had agreed upon; and

27     g.    accepting payment from Safeway Inc. for work done on the commercial

28                                          2

refrigeration installation project at Safeway Store #2088 awarded as a result of a rigged bid submitted in furtherance of the conspiracy.

III.

Defendants and Co-conspirators

5.  ALLIANCE MECHANICAL, LLC ("ALLIANCE") is an Arizona limited liability corporation with its principal place of business in Phoenix, Arizona.  During the period covered by this Indictment, Alliance was engaged in the installation of commercial refrigeration in Arizona, including in the Phoenix metropolitan area.

6. During the period covered by this Indictment, defendant KENDALL POPE was the president and co-owner of defendant ALLIANCE.

7.  Another corporation and James Govostes, who were not made defendants in this Indictment, participated, as co-conspirators, in the offense charged in this Indictment and performed acts and made statements in furtherance of the charged offense.

8.  Whenever in this Indictment reference is made to any act, deed, or transaction of any corporation, such allegation shall be deemed to mean that the corporation engaged in such act, deed, or transaction by or through its officers, directors, agents, employees, or representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

IV.

Trade and Commerce

9.  Commercial refrigeration includes the refrigerated cases in grocery stores such as deli cases, dairy cases, and frozen food cases.

10.  During the period covered by this Indictment, substantial quantities of refrigeration fixtures, materials, and equipment, necessary for the defendants and their co-conspirators to perform commercial refrigeration installation projects in the Phoenix, Arizona metropolitan area, were transported across state lines in a continuous and uninterrupted flow of interstate commerce and in a manner substantially affecting interstate commerce.  Namely, a

3

1 | substantial portion of refrigeration equipment installed by the defendants and their

2 | co-conspirators in the provision of their commercial refrigeration services in Arizona was

3 | manufactured outside the State of Arizona.

4 |     11. During the period covered by this Indictment, both the general business activities of

5 | the victim, Safeway Inc., which is headquartered in California, and the commercial

6 | refrigeration installation activities of a co-conspirator, also headquartered in California, were

7 | conducted across state lines and had a not insubstantial effect on interstate commerce. The

8 | co-conspirator does refrigeration installation business throughout the western United States

9 | while Safeway Inc. does business throughout the United States.

10 |     12. During the period covered by this Indictment, the defendants and their

11 | co-conspirators communicated in furtherance of the conspiracy across state lines between

12 | Utah and Arizona, and both invoices and payments for the provision of the defendants and

13 | their co-conspirators' commercial refrigeration services to Safeway Inc. were transmitted

14 | across state lines.

15 |     13. During the period covered by this Indictment, the commercial refrigeration

16 | installation activities of the defendants and their co-conspirators that are the subject of this

17 | Indictment were within the flow of, and had a not insubstantial effect on, interstate trade and

18 | commerce.

19 | V.

20 | Jurisdiction and Venue

21 |     14. The combination and conspiracy charged in this Indictment was carried out, in part,

22 | within the District of Arizona within the five years preceding the return of this Indictment.

23 |     In violation of Title 15, United States Code, Section 1.

24 |                     A TRUE BILL

25 |                     /S/

26 |                     FOREPERSON OF THE GRAND JURY
                    Date: August 14, 2007

27 | /S/

28 | KALINA M. TULLEY
Attorney, Antitrust Division        4

1

2

3

4

5   /S/                                              /S/

6   THOMAS O. BARNETT                                MARVIN N. PRICE, Jr.
    Assistant Attorney General                       Chief, Midwest Field Office
7

8                                                    /S/

9   SCOTT D. HAMMOND                                 KALINA M. TULLEY
    Deputy Assistant Attorney General                Attorney, Antitrust Division
10                                                    U.S. Department of Justice
    /S/                                              Midwest Field Office
11                                                    209 S. LaSalle Street
    MARC SIEGEL                                      Chicago, IL 60604
12  Director of Criminal Enforcement                 Tel.: (312) 353-7530
                                                     kalina.tulley@usdoj.gov
13
    Antitrust Division
14  U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
15  Washington, D.C.  20530

16

17

    DANIEL KNAUSS
18  ........ United States Attorney
    District of Arizona
19

20  /S/

21  HOWARD D. SUKENIC
    Assistant U.S. Attorney
22

23

24

25

26

27

28