*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

| | |
|---|---|
| **United States of America** | **AMENDED** |
| | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For Offenses Committed on or After November 1, 1987) |
| **Kendall Curtis Pope** | (To reflect home "detention", instead of home confinement allowing defendant to work during the five (5) months of home detention after release from prison) |
| | **No. CR 07-00913-002-PHX-JAT** |
| | Michael D. Kimerer (Retained) |
| | Attorney for Defendant |

USM#: 87538-008

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/6/2008 to the one count Indictment (NO WRITTEN PLEA AGREEMENT - GUILTY PLEA STRAIGHT TO INDICTMENT).

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 15, U.S.C. §1, Unreasonable Restraint of Interstate Trade and Commerce (Bid Rigging), a Class C Felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **ONE (1) MONTH**, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THREE (3) YEARS**, a condition of which is that upon release from the custody of the Bureau of Prisons, the defendant serve five (5) months home **detention,** without electronic monitoring. <u>The defendant may work during the five (5) month period of home detention.</u>

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00     **FINE:** $20,000     **RESTITUTION:** $-0-

The defendant shall pay a total of $20,100 in criminal monetary penalties, due immediately. Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows: Balance is due in equal monthly installments of $650 over a period of 31 months to commence sixty (60) days after release from imprisonment to a term of supervised release.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for the count in the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify

Case 2:07-cr-00913-JAT     Document 69     Filed 11/03/08     Page 2 of 4

CR 07-00913-002-PHX-JAT                                                                                Page 2 of 4
USA vs. Kendall Curtis Pope

the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **THREE (3) YEARS,** a condition of which is that upon release from the Bureau of Prisons, the defendant serve five (5) months home **detention**, without electronic monitoring. The defendant may work during the five (5) month period of home detention.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

It is the order of the Court that, pursuant to General Order 05-36, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions, except that the mandatory drug testing provision is suspended:

1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm

Case 2:07-cr-00913-JAT   Document 69   Filed 11/03/08   Page 3 of 4

CR 07-00913-002-PHX-JAT                                                    Page 3 of 4
USA vs. Kendall Curtis Pope

or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);

18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.
19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall provide the probation officer access to any requested financial information.
2. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
3. The defendant shall maintain full-time employment and/or schooling as directed by the probation officer.
4. You shall abstain from all use of alcohol or alcoholic beverages.
5. Upon release from the Bureau of Prisons, you shall serve five (5) months Home Detention, without electronic monitoring, under the sanction of incarceration. The defendant may work during the five (5) month period of home detention.

The Defendant is advised of his right to appeal.


The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.


**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.


The Court orders commitment to the custody of the Bureau of Prisons.

Case 2:07-cr-00913-JAT   Document 69   Filed 11/03/08   Page 4 of 4

CR 07-00913-002-PHX-JAT                                                                    Page 4 of 4
USA vs. Kendall Curtis Pope

The defendant shall <u>self-surrender</u> for service of sentence to the United States Marshal Office in the Sandra Day O'Connor U.S. Federal Courthouse or at the institution designated by the Bureau of Prisons no later than **12:00 noon, on September 9, 2008**.   Defendant may self-surrender to the directly to the facility designated on an earlier date upon notification of the facility.

Date of Imposition of Original Sentence:  **Monday, June 30, 2008**

DATED this 31st day of October, 2008.

_____
James A. Teilborg
United States District Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____           By:_____
United States Marshal                                           Deputy Marshal